**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | |
|---|---|
| BORDER FAIR HOUSING AND ECONOMIC JUSTICE CENTER<br><br>Plaintiff,<br><br>v.<br><br>JL GRAY COMPANY, INC. and KEVIN SMITH<br><br>Defendants. | Case No. CV-07-107-RB/RHS |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), Plaintiff Border Fair Housing and Economic Justice Center and Defendants J.L. Gray Company, Inc. and Kevin Smith hereby stipulate to dismiss, with prejudice, all claims asserted by Border Fair Housing and Economic Justice Center in this lawsuit, pursuant to the settlement agreement entered into by all parties to the case.

DATED this 4th day of December, 2007.

Respectfully submitted,

| | |
|---|---|
| /s/ Reed N. Colfax | /s/ Claud Eugene Vance, per authority |
| Reed N. Colfax (N.M. Fed. Bar 98-31)<br>Glenn Schlactus<br>RELMAN & DANE, PLLC<br>1225 19th Street NW, Suite 600<br>Washington, DC 20036<br>(202) 728-1888<br>(202) 728-0848 (fax)<br>rcolfax@relmanlaw.com<br><br>**Attorneys for Plaintiff** | Claud Eugene Vance<br>Vance Chavez & Associates, LLC<br>P.O. Box 1547<br>Albuquerque, NM  87103<br><br>gene@vancechavez.com<br><br>**Attorney for Defendants** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of December, 2007, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

>Claud Eugene Vance
>Attorney for Defendants
>P.O. Box 1547
>Albuquerque, NM  87103
>gene@vancechavez.com
>
>Mark Berry
>Attorney for Defendants
>Law Office of Mark Berry
>1 Wren
>Littleton, CO  80127
>berrymp1@aol.com

/s/ Reed Colfax
Reed N. Colfax